FILED
CLERK, U.S. DISTRICT COURT

FEB 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CAMILO MALPICA,   ) | NO. EDCV 08-126-GAF(CT) |
|                          ) | |
|       Petitioner, ) | |
|                          ) | JUDGMENT |
|       v.          ) | |
|                          ) | |
| J. L. NORWOOD, Warden,   ) | |
|                          ) | |
|       Respondent. ) | |

For the reasons set forth in the Memorandum and Order filed concurrently,

IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: 2/20/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE